IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THURMAN BELL | * |
| Plaintiff | * |
| V. | * Civil Action No: JFM 01CV3565 |
| JOHN J. ENOCH, INC. | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL

Mr. Clerk, please dismiss this case with prejudice.

Respectfully submitted,

/s/ Richard Moore
Richard Moore
40 West Chesapeake Avenue
Suite 518
Towson, MD 21204
Attorney for Defendant

/s/ Norris C. Ramsey
Norris C. Ramsey
Norris C. Ramsey, P.A.
2122 Maryland Ave
Baltimore, MD 21218
Attorney for Plaintiff